SHARON L. ANDERSON (SBN 94814)
County Counsel
ERIC D. ANDERSON (SBN 243797)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: eric.anderson@cc.cccounty.us

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SPEARS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a public entity, OFFICER ONE, OFFICER TWO, OFFICER THREE, OFFICER FOUR, OFFICER FIVE, individually,<br><br>Defendants. | Case No. CV 10-3189 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO PROCEED BEFORE A MAGISTRATE JUDGE<br><br>The Hon. Jeffrey S. White<br>Court Room: 1, 19th Floor<br>Date Action Filed: July 21, 2010<br>Trial Date: None assigned |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

Pursuant to title 28, U.S.C. Section 636(c), the undersigned parties jointly consent to have a United States Magistrate Judge conduct any and all further proceedings in this case including trial, and order the entry of a final judgment.

///
///
///
///

SO STIPULATED

DATE: November 19, 2010

LAW OFFICES OF SPENCER SMITH

By: /s/
SPENCER SMITH
Attorneys for Plaintiff

DATE: November 19, 2010

SHARON L. ANDERSON, County Counsel

By: _____
ERIC D. ANDERSON
Deputy County Counsel
Attorneys for Defendants

Pursuant to Northern District Civil Local Rule 73-1(b) and

**ORDER**

Good cause appearing therefore, and based on the above stipulation of the parties, by and through counsel, IT IS HEREBY ORDERED that:

This case will now be assigned to a United States Magistrate Judge for all purposes.

DATE: November 24, 2010

_____
JEFFREY S. WHITE
United States District Court Judge

cc: Susan Imbriani