**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SPEARS,

        Plaintiff,

    v.

CONTRA COSTA COUNTY,

        Defendant

_____/

No. C 10-03189 EDL

ORDER SETTING CASE
MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte  for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on December 17, 2010, at 10:30 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management statement if there are any updates to the parties' November 4, 2010 statement. Any update shall be filed no later than December 10, 2010.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**."  One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated:  December 3, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge